IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| STACY EARL JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 00-S-1372-W |
| ) | |
| ATTORNEY GENERAL FOR THE ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

Petitioner has filed objections to the magistrate judge's findings and recommendation entered September 27, 2000. Petitioner argues that this court should find the limitation period in this case to be equitably tolled. On August 18, 2000 the court specifically allowed petitioner an opportunity to offer affidavits or other evidence to show that the limitation period should be equitably tolled. Petitioner, however, has failed to state any facts in support of his argument that the limitation period should be equitably tolled. In *Sandvik v. United States*, 177 F.3d 1269, 1271 (11th Cir. 1999), the court stated that "[e]quitable tolling is appropriate when a movant untimely files because of extraordinary circumstances that are both beyond his control and unavoidable even with diligence." The court finds that petitioner has failed to demonstrate that the untimely filing of his motion was due to extraordinary circumstances that were both beyond his

control and unavoidable even with diligence.  The objections are therefore due to be overruled and the petition is due to be dismissed as untimely.

A separate Final Judgment consistent with this Memorandum of Opinion will be entered simultaneously herewith.

DONE this 31st day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE